**No. 40714.**—Protest 867503–G of S. B. Penick & Co. (New York).

Opinion by CLINE, J. It appeared that the outer wooden cases were marked "Product of Rhodes," and that the merchandise was packed in five-gallon tins, two tins to a case. A paper tag containing the words "Product of Rhodes" was attached to the handle of each tin. On the authority of Abstract 39549 the protest was sustained.